**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| JARVIS ROBINSON,<br>Plaintiff,<br>v.<br>PHH MORTGAGE CORPORATION and NEWREZ, LLC,<br>Defendants. | Civil No. 25-17404-RMB-EAP<br>**ORDER** |

**RENÉE MARIE BUMB, Chief United States District Judge**:

**THIS MATTER** comes before the Court upon a Motion to Dismiss filed by Defendant PHH Mortgage Corporation ("PHH") [Docket No. 11], a Motion for Leave to File Supplemental Complaint [Docket No. 18] and a Motion for Default Judgment as to Defendant NEWREZ, LLC, ("NEWREZ") [Docket No. 21] filed by *pro se* Plaintiff Jarvis Robinson ("Plaintiff"), and a Cross-Motion to Vacate Default and in Opposition to Plaintiff's Motion for Entry of Default Judgment [Docket No. 23] filed by NEWREZ. For the reasons expressed in the Opinion of today's date, and for good cause shown,

**IT IS**, on this **30th** day of **July 2026**, hereby:

1. **ORDERED** that Defendant PHH's Motion to Dismiss [Docket No. 11] is **GRANTED**; and it is also

2. **ORDERED** that Plaintiff's Complaint [Docket No. 1] is **DISMISSED WITHOUT PREJUDICE**; and it is also

3. **ORDERED** that the Entry of Default Judgment against Defendant NEWREZ is **VACATED** and shall be **SET ASIDE** by the Clerk of the Court; and it is also

4. **ORDERED** that Plaintiff's Motion for Default Judgment [Docket No. 21] and Defendant NEWREZ's Cross-Motion to Vacate [Docket No. 23] are **DENIED AS MOOT**; and it is finally

5. **ORDERED** that Plaintiff's Motion for Leave to File Supplemental Complaint [Docket No. 18] is **DENIED** for futility. Because justice so requires, the Court will permit Plaintiff to file an amended complaint addressing the deficiencies identified in the Opinion of today's date within thirty (30) days. If Plaintiff elects to not file an amended complaint, the Court will deem the Complaint dismissed with prejudice.

**/s/ Renée Marie Bumb**
RENÉE MARIE BUMB
Chief United States District Judge